IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DONNA M. BODE, *Plaintiff,* | CIVIL ACTION NO. 3:11-cv-00003 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition. Upon Defendant's motion and the consent of the Plaintiff, Judge Crigler filed a Report and Recommendation ("Report") that the case be remanded to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g). After a review of the entire record in this case, and no objection having been filed to the Report's recommended disposition within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 15) in its entirety. Accordingly, Defendant's motion to remand (docket no. 14) is GRANTED, and this matter is REMANDED to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g). Any other pending motions are DENIED as MOOT, and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTERED this 11th day of March, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE